FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO
JUN 2 5 2003
*signature*
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) NO. CR03-1224 MCA
vs. )
)
TIFFANY ROBINSON, ) Counts 1 and 2: 21 U.S.C. §§ 841(a)(1)
) and (b)(1)(C) - Distribution of less than 50
Defendant. ) Grams of a Mixture and Substance
) Containing a Detectable Amount of
) Methamphetamine.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 10, 2002, in San Juan County, in the State and District of New Mexico, the Defendant, TIFFANY ROBINSON, did unlawfully, knowingly and intentionally distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about May 21, 2002, in San Juan County, in the State and District of New Mexico, the Defendant, TIFFANY ROBINSON, did unlawfully, knowingly and intentionally distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).



A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY


DAVID C. IGLESIAS
United States Attorney
_JI_ 06/17/03 8:30am