IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 29 2004

CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      CR. 03-1224 MCA

TIFFANY ROBINSON,

    Defendant.

## ORDER

**THIS MATTER** is before the Court following a Show Cause Hearing on a Petition for Action on Conditions of Pretrial Release, held on January 29, 2004, and the defendant having admitted to the allegations contained in the Petition;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED** on the basis that the Defendant, Tiffany Robinson, has failed to show cause why the conditions of her pretrial release should not be revoked; and she is therefore remanded to the custody of the U.S. Marshal.

M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE

