Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED

07 DEC -3 AM 9:54

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Crim. No.  03CR001224-001

TIFFANY ROBINSON

On September 28, 2005 the above named was placed on supervised release for a period of three years . He/She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from supervised release .

Respectfully submitted,

For David Rhodes
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 28th day of November , 2007